CR 22-142 ADM/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |
| ELIJAH KAHARI EDWARDS, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about May 23, 2022, in the State and District of Minnesota, the defendant,

**ELIJAH KAHARI EDWARDS,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction | Date of Conviction (on or about) |
|---|---|---|
| Assault – 2nd Degree – Dangerous Weapon | Hennepin County, MN | May 25, 2018 |
| Assault – 2nd Degree – Dangerous Weapon | Hennepin County, MN | May 25, 2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock, Model 23, .40-caliber semi-automatic pistol bearing serial number SMU151, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

SCANNED
JUL 13 2022
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including, but not limited to, a Glock, Model 23, .40-caliber semi-automatic pistol bearing serial number SMU151, and any ammunition and accessories seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON