# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 22-cr-142 ADM/JFD |
| | Date: March 7, 2023 |
| Elijah Kahari Edwards, | Court Reporter: Brittany Blesener |
| | Courthouse: Minneapolis |
| Defendant | Courtroom: 13W |
| | Time Commenced: 11:13 a.m. |
| | Time Concluded: 11:59 a.m. |
| | Time in Court: 46 minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Chelsea Walcker, AUSA
For Defendant: Doug Micko, FPD

☒ Sentencing
IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| Count 1 | ☒ | 56 Months | 3 Years |

Term of imprisonment to run concurrent with the sentence imposed in Hennepin County case 27-CR-17-31025.

☒ Special conditions of: **See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☒ Special assessment in the amount of $100.

☒ Plea and plea agreement accepted.
☒ Defendant remanded to the custody of the U.S. Marshal.
**Doc. Nos. 43 & 48 shall remain sealed until March 7, 2033.

<u>s/LPH</u>

Courtroom Deputy